**Motion Denied and Order filed April 11 , 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00699-CV
_____

### RALPH O. DOUGLAS, Appellant

### V.

### HONORABLE BRADY G. ELLIOTT, Appellee

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-196294**

## ORDER

Because this Court no longer has plenary power to vacate or modify its judgment, appellant's motion for en banc reconsideration is denied. *See* Tex. R. App. P. 19.3.

PER CURIAM

En banc Court consists of Chief Justice Frost and Justices Boyce, Christopher, Jamison, McCally, Busby, Donovan, Brown and Wise.